## O'Neill *v.* Philadelphia.

Argued Jan. 15, 1900. Appeal, No. 308, Jan. T., 1899, by plaintiff, from order of C. P. No. 3, Phila. Co., Sept. T., 1897, No. 333, sustaining exceptions to report of referee in case of James O'Neill v. Philadelphia. Before GREEN, C. J., MITCHELL, DEAN, FELL, BROWN and MESTREZAT, JJ. Affirmed.

OPINION BY MR. JUSTICE BROWN, May 29, 1900:

This appeal raises the same question that was presented to us in Betham v. The City of Philadelphia, January term, 1899, No. 307, just decided, and, for the reasons therein given, the judgment of the court below is affirmed.

Judgment affirmed.